UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Civil Action No. |
| | ) | |
| **Plaintiff,** | ) | 5:18-cv-735 (DNH/ATB) |
| **v.** | ) | |
| | ) | |
| **$7,905.00 in United States Currency,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by its attorneys, Grant C. Jaquith, United States Attorney for the Northern District of New York, and Mary E. Langan, Assistant United States Attorney, brings this Complaint and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1)      This is a civil action *in rem* to forfeit and condemn for the use and benefit of the United States of America the following property: $7,905.00 in United States Currency ("the defendant currency"), representing the proceeds of, and property having facilitated, offenses in violation of 21 U.S.C. § 841.

## THE DEFENDANT *IN REM*

2)      The defendant currency was seized on December 13, 2017 during a search of the residence of Christopher Moro ("Claimant"), located at 7413 Mapleview Road, Cicero, New York.

3)      The defendant currency is presently in the custody of the United States Marshal Service in Syracuse, New York.

## JURISDICTION AND VENUE

1

4)      The United States of America ("Plaintiff") brings this action *in rem* in its own right to forfeit and condemn the defendant currency.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355(a), and *in rem* jurisdiction over the defendant currency under 28 U.S.C. § 1355(b).

5)      Upon the filing of this Complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute upon the defendant currency pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6)      Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7)      The defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), which provides for the forfeiture of:

> All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 801 et seq., all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. §§ 801, *et seq*.

## FACTS

8)      The facts alleged in this Complaint are based upon information and belief, the sources of which are reports from the Drug Enforcement Administration ("DEA"), and other written and oral information officially received by the Office of the United States Attorney for the Northern District of New York.

9)      In September 2017, Special Agent Stephen M. Overend of DEA received information from a DEA confidential and reliable informant about the marijuana trafficking

activities of Claimant.  This informant previously provided information to Special Agent Overend that has led to multiple seizures and arrests.

10)     The informant advised Special Agent Overend that Claimant sells several pounds of marijuana per week from his residence, located at 7413 Mapleview Road, Cicero, New York. The informant stated that Claimant has a source of supply from either California or Colorado that sends Claimant several pounds of marijuana through the mail.

11)     The informant advised Special Agent Overend that Claimant was in possession of approximately fifty pounds of marijuana the third week of October 2017.

12)     On November 9, 2017, at approximately 11:30 p.m., agents established surveillance in the vicinity of 7413 Mapleview Road, Cicero, New York.  Agents observed a trash receptacle placed outside for trash pickup located on the curb of the driveway of 7413 Mapleview Road.

13)     Agents searched the contents of the garbage and recovered mail addressed to the Claimant and two vacuum-sealed bags with suspected marijuana residue inside each bag.   A subsequently administered field-test on the residue indicated positive for the presence of marijuana.

14)     On November 17, 2017, at approximately 12:30 a.m., agents again established surveillance in the vicinity of 7413 Mapleview Road, Cicero, New York and observed a trash receptacle placed outside for trash pickup located on the curb of the driveway of 7413 Mapleview Road.

15)     Agents searched the contents of the garbage and recovered mail addressed to the Claimant and a sandwich bag with suspected marijuana residue inside the bag.   A subsequently administered field-test on the residue indicated positive for the presence of marijuana.

16)     Agents also found a package of small clear zip lock bags commonly used to sell retail marijuana, and five vacuum-sealed strips cut from the top of a vacuum-sealed bag[1].

17)     On December 8, 2017, at approximately 2:00 a.m., agents again established surveillance in the vicinity of 7413 Mapleview Road, Cicero, New York.  Agents observed a trash receptacle set out for trash pickup located on the curb of the driveway of 7413 Mapleview Road.

18)     Agents conducted a search of the garbage and recovered mail addressed to the Claimant and miscellaneous documents, including what agents recognized to be a drug ledger. The drug ledger indicated customer names, the amount of money owed by each customer, and a total outstanding balance of $88,000.00.

19)     Agents also recovered five vacuum sealed strips cut from the top of a vacuum sealed bag and four vacuum sealed bags, one marked "OG," containing suspected drug residue.  A subsequently administered field test on the residue indicated positive for the presence of marijuana.

20)     On December 11, 2017, a state search warrant was issued by the Honorable County Court Judge Dougherty for the residence of the Claimant, located at 7413 Mapleview Road, Cicero, N.Y.

21)     On December 13, 2017, at approximately 11:30 a.m., agents executed the search warrant at Claimant's residence.  The Claimant immediately made a spontaneous utterance, stating, "what you are looking for is not here.  I know you guys took my trash."

22)     Agents located the following items during a search of the residence: a digital scale with marijuana residue; a heat sealer commonly used to package marijuana; mason jars with marijuana residue; and miscellaneous paperwork, including the Claimant's tax returns for 2014 and 2016.

---

[1] Bulk marijuana is often contained in a vacuum-sealed bag to mask the odor.

23)     Agents located the defendant currency in a closet containing a furnace in the upper rafters of the residence.  The defendant currency was wrapped in rubber bands.

24)     Claimant was cited for Unlawful Possession of Marijuana the same day.

25)     On May 20, 2010, Claimant was convicted upon a plea of guilty for Criminal Possession of a Narcotic Drug 4th, and was sentenced to one year in prison.  On December 13, 2011, Claimant was convicted of Criminal Possession of Marijuana 3rd and sentenced to 18 months in prison.

## **POTENTIAL CLAIMANTS**

26)     On or about March 29, 2018, the DEA received an Administrative Claim for the defendant currency from Claimant, Christopher Moro, electing to have the matter of its seizure and forfeiture referred for judicial action.

27)     Upon information and belief, Claimant Christopher Moro is not in the military service, is not an infant, and is not an incompetent person.

**WHEREFORE**, the United States of America requests:

(1)     That a Warrant for Arrest *In Rem*, in the form submitted with this Complaint, be issued to the United States Marshal of the Northern District of New York or any subcontractor thereof and/or to any duly authorized law enforcement officer;

(2)     That the Court direct any and all persons having any claim to the defendant currency to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and Rule G of the Supplemental Rules, or suffer default thereof;

(3)     That a judgment be entered declaring the defendant currency to be forfeited and condemned to the use and benefit of the United States of America; and

(4)     That Plaintiff be awarded its costs and disbursements in this action and such other

and further relief as this Court deems proper and just.

Dated: June 21, 2018                          Respectfully Submitted,

                                              GRANT C. JAQUITH
                                              United States Attorney

                                By:     /s/ Mary E. Langan
                                        _____
                                        Mary E. Langan
                                        Assistant United States Attorney
                                        Bar Roll No. 518971

## VERIFICATION

STATE OF NEW YORK     )
                             )  ss:
COUNTY OF ONONDAGA   )

Stephen M. Overend, being duly sworn, deposes and states:

I am a Special Agent with the Drug Enforcement Administration. I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers

Dated this 21st day of June, 2018.

 

Stephen M. Overend, Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this   21st   day of June, 2018.

Notary Public

MICHELLE J. TROUBETARIS
Notary Public - State of New York
Qualified in Onondaga County
No. 01TR6152879
My Commission Expires September 25, 20__

7

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**
$7905.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff   Onondaga
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Onondaga
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mary E. Langan, Assistant U.S. Attorney (315) 448-0650
United States Attorney's Office, 100 South Clinton Street
Syracuse, New York 13261

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21 U.S.C. § 881
Brief description of cause:
Forfeiture of property in rem

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE ___   DOCKET NUMBER ___

DATE
06/21/2018

SIGNATURE OF ATTORNEY OF RECORD
s/Mary E. Langan

**FOR OFFICE USE ONLY**

RECEIPT # ___   AMOUNT  Waived   APPLYING IFP ___   JUDGE  DNH   MAG. JUDGE  ATB