# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>$7,905.00 in U.S. Currency,<br><br>    Defendant. | Civil Action No. 5:18-CV-735 (DNH/ATB)<br><br>**ORDER BARRING ALL FURTHER CLAIMS** |

Upon consideration of the United States' status report, and the Court being satisfied that the government as provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

ORDERED that, with the exception of the claim of Christopher Moro, all future claims to the defendant currency are forever barred, and it is further

ORDERED that the claim of Christopher Moro shall proceed into discovery, and it is further

ORDERED that, within thirty days after the filing of this order, the United States shall contact the claimant to set out and agree upon a schedule of expiration dates dealing with joinder of parties, amendment of pleadings, discovery, filing of motions and a proposed trial date, and memorialize this agreement in a stipulation form which shall be signed by the parties and so ordered by the assigned United States Magistrate Judge.

IT IS SO ORDERED.

August 25, 2018

_____
David N. Hurd
United States District Judge